UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LANCE MCNEAL,

       Plaintiff,                        Case No. 2:11-CV-78

v.                                       Hon. Gordon J. Quist

GARY KOTT, et al.,

       Defendants.
                           /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on December 6, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 6, 2012, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Piazza's Motion For Summary Judgment (docket no. 47) is **GRANTED** based on Plaintiff's failure to exhaust administrative remedies. Accordingly, Plaintiff's claims against Defendant Piazza are **DISMISSED**.

Dated: January 22, 2013                                    /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                 UNITED STATES DISTRICT JUDGE